IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

**Plaintiff**

vs.

**Case Number**

19-cv-7993

KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY

**Defendant**

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

State of New York, City of New York, State of Connecticut, and State of Vermont,

**Plaintiff**

vs.

**Case Number**

1:19-cv-07777-GBD

United States Department of Homeland Security, Secretary Kevin K. McAleenan in his official capacity as Acting Secretary of the United States Department of Homeland Security agent of Acting Secretary of the United States Department of Homeland Security, United States Citizenship and Immigration Services, Director Kenneth T. Cuccinelli II in his official capacity as Acting Director of United States Citizenship and Immigration Service, and United States of America,

**Defendant**

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

| ☐ Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.) |
| ✓ Open | (If so, set forth procedural status and summarize any court rulings.) |

The complaint was filed on August 20, 2019.  No substantive motion has been filed.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiffs in the present case and the earlier filed case challenge the promulgation by defendants Department of Homeland Security (DHS) and U.S. Citizenship and Immigration Services (USCIS) of a rule entitled "Inadmissibility on Public Charge Grounds" (the "Rule"), published in the Federal Register on August 14, 2019.  The defendants in both cases are DHS, USCIS, and their respective acting directors.  Plaintiffs in both cases challenge the Rule under the Administrative Procedure Act and the Fifth Amendment of the U.S. Constitution, and seek declaratory and injunctive relief.

Signature: /s/ Jonathan Hurwitz                                   Date: 8/27/2019

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP