AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Make the Road New York -- see full list of plaintiffs on Attachment A <br><br> *Plaintiff(s)* <br><br> v. <br><br> KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services -- see full list of defendants on Attachment A <br><br> *Defendant(s)* | Civil Action No. 19-cv-7993 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Citizenship and Immigration Services
20 Massachusetts Ave. NW
Washington, DC 20529, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See full list of attorneys on Attachment B

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/28/2019   /s/ P. Canales
  *Signature of Clerk or Deputy Clerk*



# ATTACHMENT A TO SUMMONS

**PLAINTIFFS INCLUDE:**

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

**DEFENDANTS INCLUDE:**

KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

**ATTACHMENT B TO SUMMONS**

**Attorney for Plaintiffs:**

<u>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP</u>

Andrew J. Ehrlich
Jonathan H. Hurwitz
Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles (*Admission Pending*)

1285 Avenue of the Americas
New York, New York 10019-6064
United States
(212) 373-3000

<u>CENTER FOR CONSTITUTIONAL RIGHTS</u>

Ghita Schwarz
Brittany Thomas
Baher Azmy

666 Broadway 7th Floor
New York, New York 10012
(212) 614-6445

<u>THE LEGAL AID SOCIETY</u>

Janet Sabel, Attorney-in-Chief
Adriene Holder, Attorney-in-Charge, Civil Practice
Judith Goldiner, Attorney-in-Charge, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit
Margaret Garrett, Staff Attorney, Immigration Law Unit
Rebecca Novick, Director, Health Law Unit
Lillian Ringel, Staff Attorney, Health Law Unit (*Pro Hac Vice Application Forthcoming*)
Esperanza Colón, Staff Attorney, Brooklyn Neighborhood Office

199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3320

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | 1:19-CV-07993 <br><br> **AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL®** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ROBERT N. BOREK, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 29, 2019, I served a true copy of the

- SUMMONS TO UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,

- COMPLAINT,

- CIVIL COVER SHEET,

- RELATED CASE STATEMENT,

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR MAKE THE ROAD NEW YORK,

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR AFRICAN SERVICES COMMITTEE,

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR ASIAN AMERICAN FEDERATION,

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK),

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

- NOTICE OF APPEARANCE BY ANDREW EHRLICH,

- NOTICE OF APPEARANCE BY DANIEL SINNREICH,

- NOTICE OF APPEARANCE BY ROBERT O'LOUGHLIN,

- ELECTRONIC CASE FILING RULES & INSTRUCTIONS, and

- INDIVIDUAL RULES AND PRACTICES OF JUDGE GEORGE B. DANIELS

on the following:

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington, DC 20529


Attention: Civil-Process Clerk
U.S. Attorney's Office
86 Chambers Street, Fl 3
New York, NY 10007


U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

      3. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid certified mail envelopes, and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

                                                  ROBERT N. BOREK

Sworn to before me this
29th day of August, 2019

Notary Public

CHRISTINA M. BLANCO
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires Feb. 25, 2021