AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Make the Road New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-7993 |
| Ken Cuccinelli, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Make the Road NY, African Svcs. Cmte., Asian Am. Fed., CCCS and CLINIC, Inc.

Date:  08/29/2019

*/s/ Kathleen M. Kelleher*
*Attorney's signature*

Kathleen Kelleher (KK0598)
*Printed name and bar number*

Civil Law Reform Uni,
The Legal Aid Society
199 Water Street, 3rd floor
New York, NY 10038
*Address*

kkelleher@legal-aid.org
*E-mail address*

(212) 577-3307
*Telephone number*

(646) 449-6830
*FAX number*