USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAKE THE ROAD NEW YORK et al.,

                               Plaintiffs,

       -against-

KEN CUCCINELLI et al.,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 7993 (GBD)

GEORGE B. DANIELS, United States District Judge:

The page limit for Plaintiffs' memorandum of law in support of their motion for a preliminary injunction is extended to 40 pages.

Dated: New York, New York
       September 6, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge