UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC., | Case No. 1:19-cv-07993 |
| Plaintiffs, | |
| - against - | NOTICE OF MOTION |
| KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65 and

5 U.S.C. § 705, and upon the accompanying Declarations of Robert J. O'Loughlin, Leighton Ku,

Diane Whitmore Schanzenbach, Ryan Allen, Jennifer van Hook, Kim Nichols, Jo-Ann Yoo,

C. Mario Russell, Theo Oshiro, Charles Wheeler, Haeyoung Yoon, and the exhibits annexed

thereto, plaintiffs, by their undersigned attorneys, will move this Court, on a date and at a time to

be determined by the Court, at Courtroom 11A, Daniel Patrick Moynihan United States

Courthouse, 500 Pearl St., New York, NY 10007-1312, for an order, pending a final judgment in

this action, (i) preliminarily enjoining defendants from implementing a rule promulgated by the

Department of Homeland Security titled Inadmissibility on Public Charge Grounds, 84 Fed. Reg.

41,292 (Aug. 14, 2019) (to be codified at 8 C.F.R. pts. 103, 212, 213, 214, 245, 248) (the

"Rule"), or taking any actions to enforce or apply it; (ii) postponing the effective date of the

Rule; and (iii) such additional relief as the Court considers just.

Dated:  New York, New York
        September 9, 2019

By: */s/ Jonathan H. Hurwitz*

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Andrew J. Ehrlich
Jonathan H. Hurwitz
Robert J. O'Loughlin
Daniel S. Sinnreich
Amy K. Bowles (*admission pending*)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com
roloughlin@paulweiss.com
dsinnreich@paulweiss.com
abowles@paulweiss.com

**CENTER FOR CONSTITUTIONAL RIGHTS**
Ghita Schwarz
Brittany Thomas
Baher Azmy

666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
gschwarz@ccrjustice.org
bthomas@ccrjustice.org
bazmy@ccrjustice.org

**THE LEGAL AID SOCIETY**
Susan E. Welber, Staff Attorney, Law Reform Unit
Kathleen Kelleher, Staff Attorney, Law Reform Unit
Susan Cameron, Supervising Attorney, Law Reform Unit
Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit

199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3320
sewelber@legal-aid.org
kkelleher@legal-aid.org
scameron@legal-aid.org
hhshafiqullah@legal-aid.org


*Attorneys for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*

3