**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| MAKE THE ROAD NEW YORK, ET AL., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:19-cv-07993 |
| CUCCINELLI, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

**PROPOSED ORDER**

Upon consideration of the motion of the Deans, Chairs, and Scholars; the American

Public Health Association; and the American Academy of Nursing for leave to file a brief of

*amici curiae* in support of Plaintiffs it is hereby **GRANTED.**

IT IS SO ORDERED.

Date:_____

_____
Hon. George B. Daniels
United States District Judge