UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC., <br><br>            Plaintiffs, <br><br> - against - <br><br> KEN CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of Homeland Security; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>            Defendants. | No. 1:19-cv-07993 (GBD) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, shall appear as counsel for Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc., Plaintiffs in the above-captioned matter.

Dated: New York, New York
October 2, 2019

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: /s/ Elana Rose Beale
               Elana Rose Beale

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel.: (212) 373-3000
        Fax: (212) 757-3990
        ebeale@paulweiss.com

*Counsel for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*