# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH CUCCINELLI, *et al.*, <br> *Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> *Defendants*. | No. 19-cv-07777 (GBD) |

## NOTICE OF SUBMISSION OF ADMINISTRATIVE RECORD

On December 5, 2019, Defendants submitted to the Court two hard drives containing copies of the Administrative Record in the above-reference cases pursuant to Southern District of New York ECF Rule 5.3. Hard drives containing the Administrative Record were previously served on Plaintiffs' counsel.

Dated: December 6, 2019                    Respectfully submitted,

                                                          JOSEPH H. HUNT
                                                          Assistant Attorney General

                                                         ALEXANDER K. HAAS
                                                         Branch Director

        <u>*/s/ Joshua M. Kolsky*</u>
JOSHUA M. KOLSKY
JASON C. LYNCH
ERIC SOSKIN
KUNTAL CHOLERA
KERI L. BERMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530
Tel: (202) 305-7664 / Fax: (202) 616-8460
Email: joshua.kolsky@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

>　　　　　　　　　　　　　　　　*/s/*
>　　　　　　　　　　　　　　　　JOSHUA M. KOLSKY
>　　　　　　　　　　　　　　　　Trial Attorney
>　　　　　　　　　　　　　　　　U.S. Department of Justice
>　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
>　　　　　　　　　　　　　　　　Washington, D.C. 20530
>　　　　　　　　　　　　　　　　Tel: (202) 305-7664 / Fax: (202) 616-8460
>　　　　　　　　　　　　　　　　Email: joshua.m.kolsky@usdoj.gov