UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MAKE THE ROAD NEW YORK et al., :
       Plaintiffs, :
 -against- :
: ORDER
KEN CUCCINELLI et al., :
       Defendants. : 19 Civ. 7993 (GBD)
:
------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

STATE OF NEW YORK, et al., :
       Plaintiffs, :
:
 -against- : ORDER
: 19 Civ 7777 (GBD)
UNITED STATES DEPARTMENT OF :
HOMELAND SECURITIES, et al., :
       Defendants. :
------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

STATE OF NEW YORK, et al., :
       Plaintiffs, :
:
 -against- : ORDER
: 19 Civ. 11633 (GBD)
MICHAEL POMPEO, IN HIS OFFICIAL :
CAPACITY AS SECRETARY OF STATE, et al., :
       Defendants. :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The oral argument scheduled for March 17, 2020 is adjourned to May 5, 2020 at 10:00 a.m.

Dated: New York, New York
   March 16, 2020

            SO ORDERED,

            *George B. Daniels*
            GEORGE B. DANIELS,
            United States District Judge