UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Acting Director of United States Citizenship and Immigration Services*; and UNITED STATES OF AMERICA.,

                Defendants.

<u>ORDER</u>

19 Civ. 7777 (GBD)

------------------------------------X

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES, and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

                Plaintiffs,

-against-

KEN CUCCINELLI, *in his official capacity as Acting Director of United States Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. MCALEENAN, *in his official capacity as Acting Secretary of Homeland Security*; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

                Defendants.

<u>ORDER</u>

19 Civ. 7993 (GBD)

------------------------------------X

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' letter motion for a pre-motion discovery conference (19-cv-7777, ECF No. 125; 19-cv-7993, ECF No. 162) is DENIED, without prejudice to renew, if applicable, after this Court renders a decision on Defendants' pending motions to dismiss (19-cv-7777, ECF No. 140; 19-cv-7993, ECF No. 176).

Plaintiffs' request that the Court restructure the order of presentation of oral argument scheduled for May 18, 2020 (19-cv-7777, ECF No. 179; 19-cv-7993, ECF No. 208) is DENIED.

Members of the public who wish to listen to the oral argument scheduled for May 18, 2020 at 10:00 am may call (888) 363-4749 and use Access Code 4523890.

Dated: New York, New York
       May 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge