UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*, *Plaintiffs,* v. KENNETH CUCCINELLI, *et al.*, *Defendants*. | No. 19-07993 (GBD) |
| STATE OF NEW YORK, *et al.* *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.* *Defendants*. | No. 19-cv-07777 (GBD) |

## NOTICE OF APPEAL

Pursuant to F.R.A.P. 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Second Circuit, the Court's July 29, 2020 Order granting Plaintiffs' Motion for Preliminary Injunction and Stay or Temporary Restraining Order Pending National Emergency. *See New York v. DHS*, No. 19-7777, ECF No. 195; *Make the Road New York v. Cuccinelli*, No. 19-7993, ECF No. 221.

Dated: August 3, 2020               Respectfully submitted,

AUDREY STRAUSS                      ETHAN P. DAVIS
Acting United States Attorney       Acting Assistant Attorney General

2

        ALEXANDER K. HAAS
        Director, Federal Programs Branch

        /s/ *Joshua M. Kolsky* _
        ERIC J. SOSKIN
        Senior Trial Counsel
        KERI L. BERMAN
        KUNTAL V. CHOLERA
        JOSHUA M. KOLSKY, DC Bar No. 993430
        U.S. Dept. of Justice, Civil Division,
        Federal Programs Branch
        1100 L Street, N.W., Rm. 12002
        Washington, DC 20001
        Phone: (202) 305-7664
        Fax: (202) 616-8470
        Email: joshua.kolsky@usdoj.gov

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2020, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ *Joshua M. Kolsky*
                                      JOSHUA M. KOLSKY