USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STATE OF NEW YORK, CITY OF NEW YORK, STATE OF CONNECTICUT, and STATE OF VERMONT,

                                Plaintiffs,

          -against-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, *in his official capacity as Acting Secretary of the United States Department of Homeland Security*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI II, *in his official capacity as Acting Director of United States Citizenship and Immigration Services*; and UNITED STATES OF AMERICA.,

                                Defendants.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 7777 (GBD) (OTW)

------------------------------------- x

MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES (Archdiocese of New York), and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

                                Plaintiffs,

          -against-

KEN CUCCINELLI, *in his official capacity as Acting Director of United States Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; KEVIN K. McALEENAN, *in his official capacity as Acting Secretary of Homeland Security*; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

                                Defendants.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 7993 (GBD) (OTW)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br><br>**19 Civ. 7993, ECF No. 231**<br>**19 Civ. 7777, ECF No. 205** | __ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Settlement | | |
| | | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| __ | Inquest After Default/Damages Hearing | | |
| | | | All such motions:__ |

Dated: New York, New York
August 27, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge