**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, ASIAN AMERICAN
FOUNDATION, CATHOLIC CHARITIES
COMMUNITY SERVICES (ARCHDIOCESE OF
NEW YORK), and CATHOLIC LEGAL
IMMIGRATION NETWORK, INC.,

                                Plaintiffs,

-against-

KEN CUCCINELLI, UNITED STATES CITIZENSHIP
& IMMIGRATION SERVICES, KEVIN K.
McALEENAN, UNITED STATES DEPARTMENT
3OF HOMELAND SECURITY, and CHAD F. WOLF,

                                Defendants.

------------------------------------------ x

ORDER

19 Civ. 7993 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' Notice of Voluntary Dismissal, (ECF No. 342), is APPROVED.

    The Clerk of Court is directed to close the above-captioned action.

Dated: March 6, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge