UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, ASIAN AMERICAN
FOUNDATION, CATHOLIC CHARITIES
COMMUNITY SERVICES (ARCHDIOCESE OF
NEW YORK), and CATHOLIC LEGAL
IMMIGRATION NETWORK, INC.,

                              Plaintiffs,

    -against-

KEN CUCCINELLI, UNITED STATES CITIZENSHIP
& IMMIGRATION SERVICES, KEVIN K.
McALEENAN, UNITED STATES DEPARTMENT
3OF HOMELAND SECURITY, and CHAD F. WOLF,

                              Defendants.

------------------------------------- x

ORDER

19 Civ. 7993 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The parties having conferred and proposed a briefing schedule for a new fee motion, which has been memo endorsed and so ordered by Magistrate Judge Wang, (ECF No. 356), the Clerk of Court is directed to close the open motion at ECF No. 345.

Dated: January 17, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge