UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, CATHOLIC CHARITIES COMMUNITY SERVICES (ARCHDIOCESE OF NEW YORK), CATHOLIC LEGAL IMMIGRATION NETWORK, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> UR JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services; the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; and the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | No. 19 Civ. 07993 (GBD) (OTW) |

### NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Please take notice that Plaintiffs will move before the Hon. Ona T. Wang, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, awarding fees and costs as prevailing parties in this action.

A Memorandum of Law and the Declarations of Samuel Miller, Baher Azmy, Jonathan Hurwitz, and Susan Welber, and exhibits thereto, support this motion and are filed contemporaneously herewith.

Dated: New York, New York

1

March 1, 2024

**CENTER FOR CONSTITUTIONAL RIGHTS**
By: /s/ *Samuel Miller*
Samuel Miller
Baher Azmy
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
samrmiller@yahoo.com
bazmy@ccrjustice.org


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Jonathan H. Hurwitz
Andrew J. Ehrlich
Robert J. O'Loughlin
Leah J. Park
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
aehrlich@paulweiss.com
jhurwitz@paulweiss.com
abowles@paulweiss.com
lpark@paulweiss.com


**THE LEGAL AID SOCIETY**
Susan E. Welber
Bronx Neighborhood Office
260 East 161st Street, 8th Floor
Bronx, New York 10451
(646) 234-4326
sewelber@legal-aid.org

Judith Goldiner
Debbie Lee
49 Thomas Street, 5th Floor
New York, New York
(212) 577-3915
jgoldiner@legal-aid.org
dlsee@legal-aid.org

*Attorneys for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic*

*Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*