UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　　　　　*Defendants*. | No. 19-cv-07993 (GBD) (OTW) |

## MOTION TO WITHDRAW AS COUNSEL

Defendants respectfully request that Joshua Kolsky, Senior Trial Counsel at the Department of Justice, be withdrawn as counsel for Defendants due to Mr. Kolsky's pending departure from the Department. The United States will continue to be represented in this case by Department of Justice attorney Keri Berman. Mr. Kolsky's withdrawal as counsel will not cause disruption to the case and will not involve assertion of a charging or retaining lien.

Dated: January 10, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRIAN D. NETTER
　　　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　ALEXANDER K. HAAS
　　　　　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua Kolsky*
　　　　　　　　　　　　　　　　　　　　　　JOSHUA M. KOLSKY, DC Bar No. 993430
　　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　U.S. Dept. of Justice, Civil Division,
　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W., Rm. 12002
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 305-7664
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　　Email: joshua.kolsky@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*