**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAKE THE ROAD NEW YORK, *et al.*,

        *Plaintiffs*,

v.

UR M. JADDOU, *et al.*,

        *Defendants*.

No. 19-cv-07993 (GBD) (OTW)

### MOTION TO WITHDRAW AS COUNSEL

Defendants respectfully request that Joshua Kolsky, Senior Trial Counsel at the Department of Justice, be withdrawn as counsel for Defendants due to Mr. Kolsky's pending departure from the Department. The United States will continue to be represented in this case by Department of Justice attorney Keri Berman. Mr. Kolsky's withdrawal as counsel will not cause disruption to the case and will not involve assertion of a charging or retaining lien.

Dated: January 10, 2025

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Joshua Kolsky*
JOSHUA M. KOLSKY, DC Bar No. 993430
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*

**SO ORDERED**:

Application **GRANTED**.

_____
**Ona T. Wang**           1/21/25
United States Magistrate Judge