UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MAKE THE ROAD NEW YORK, AFRICAN
SERVICES COMMITTEE, CATHOLIC CHARITIES
COMMUNITY SERVICES (ARCHDIOCESE OF NEW
YORK), CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.,

          Plaintiffs,

   -against-

UR JADDOU, in her official capacity as Director of
United States Citizenship and Immigration Services; the
UNITED STATES CITIZENSHIP & IMMIGRATION
SERVICES; and ALEJANDRO MAYORKAS, in his
official capacity as Secretary of Homeland Security; and
the UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

          Defendants.

------------------------------------------x

ORDER

No. 19 Civ. 07993 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

  The Supreme Court granted certiorari and heard oral argument on the following questions: (1) "Whether a party must obtain a ruling that conclusively decides the merits in its favor, as opposed to merely predicting a likelihood of later success, to prevail" under a statute for attorneys' fees; and (2) "Whether a party must obtain an enduring change in the parties' legal relationship from a judicial act, as opposed to a non-judicial event that moots the case, to prevail under" a statute for attorneys' fees. Petition for Writ of Certiorari at 2, *Lackey v. Stinnie*, No. 23-621 (Nov. 20, 2023). The Supreme Court issued its decision on February 25, 2025. *Lackey v. Stinnie*, 604 U. S. ___ (2025).

  On September 30, 2024, this Court recommitted the motion for attorneys' fees in related case *Make the Road New York v. Blinken* to Magistrate Judge Wang pending the outcome of the Supreme Court's decision in *Lackey*. *See Make the Rd. New York v. Blinken*, No. 19-CV-11633

(GBD) (OTW), 2024 WL 4350828 (S.D.N.Y. Sept. 30, 2024). For purposes of analyzing any impact of *Lackey* on Plaintiffs' eligibility for attorneys' fees, this Court similarly recommits the motion for attorneys' fees in this related case to Magistrate Judge Wang for renewed review and consideration.

The Clerk of Court is directed to close the open motions at ECF No. 361 and ECF No. 376.

Dated: New York, New York
      FEB 2 6 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

2