UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, AFRICAN SERVICES COMMITTEE, ASIAN AMERICAN FEDERATION, CATHOLIC CHARITIES COMMUNITY SERVICES, and CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,<br><br>                                   Plaintiffs,<br><br>          - against -<br><br>UR JADDOU, in her official capacity as Director of United States Citizenship and Immigration Services; the UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security; and the UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                                   Defendants. | No. 1:19-cv-7993-GBD-OTW |

**MOTION FOR JONATHAN H. HURWITZ TO
WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Jonathan H. Hurwitz of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services, and Catholic Legal Immigration Network, Inc. (collectively, "Organizational Plaintiffs") on the grounds that he is leaving his employment with Paul, Weiss.  Organizational Plaintiffs will continue to be represented in this proceeding by Andrew James Ehrlich, Robert Joseph O'Loughlin, III, and Juhyun Park of Paul, Weiss, by

Susan Elizabeth Welber, Hasan Shafiqullah, and Kathleen Mary Kelleher of The Legal Aid Society, by Baher Azmy of Center for Constitutional Rights, and by Samuel R. Miller, Cooperating Counsel with the Center for Constitutional Rights. No party will be prejudiced if this Motion is granted.

    The undersigned does not assert a retaining or charging lien.

Dated: New York, New York
       March 31, 2025

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:    */s/ Jonathan Hurwitz*
      Jonathan Hurwitz

1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3254
Fax: (212) 492-0254
jhurwitz@paulweiss.com

*Counsel for Organizational Plaintiffs*

SO ORDERED:

_____
Ona T. Wang          Apr. 1, 2025
U.S.M.J.

**CERTIFICATE OF SERVICE**

      I, Jonathan Hurwitz, hereby certify that on March 31, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Organizational Plaintiffs via email.

| | | |
|---|---|---|
| Dated: | New York, New York<br>March 31, 2025 | */s/ Jonathan Hurwitz*<br>Jonathan Hurwitz |