UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MAKE THE ROAD NEW YORK, et al.,            :
                                           :
             Plaintiffs,                   :
                                           :         19-CV-7993 (GBD) (OTW)
             -against-                     :
                                           :         **ORDER**
UR JADDOU, et al.,                         :
                                           :
             Defendants.                   :
                                           :
                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 382 and 383.

Plaintiffs' request to submit supplemental briefing in connection with their application for attorneys' fees (ECF 361) is **GRANTED**.

The parties' briefing should address only: **what effect, if any, the Supreme Court's decision in** *Lackey v. Stinnie*, **604 U.S. __ (2025), should have on Plaintiffs' pending application for fees.**

Plaintiffs' request to consolidate briefing here with briefing in *Make the Road v. Blinken*, 19-CV-11633 (GBD) (OTW), regarding that application for fees (ECF 154), is also **GRANTED**. The parties' papers are due on the following schedule:

- Plaintiffs' brief is due **Wednesday, July 2, 2025**.
- Defendants' brief is due **Wednesday, July 23, 2025**.
- Plaintiffs may submit a reply to Defendants' brief by **Wednesday, August 6, 2025**.

The Clerk of Court is respectfully directed to close ECF 382.

|  |  |
|---|---|
| Dated: June 2, 2025<br>New York, New York | _/s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |