**MEMO ENDORSED.**



**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

Olivia Hussey Scott  Tel.:  (202) 616-8491
Senior Counsel  E-mail:  olivia.hussey.scott@usdoj.gov

July 21, 2025

Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

 Re: Request for Extensions of Time for the Remaining Consolidated Deadlines in *Make the Road New York, et al. v. Angelica Alfonso-Royals, et al.,* No. 19-cv-7993 and *Make the Road New York, et al. v. Marco Rubio, et al.*, No. 19-cv-11633

Dear Judge Wang,

 Defendants write to request extensions of time for the parties' remaining consolidated briefing on the effect of the Supreme Court's decision in *Lackey v. Stinnie*, 604 U.S. __, 145 S. Ct. 659 (2025).  Specifically, Defendants seek a 2-day extension of time for their consolidated brief, to July 25, 2025, and a further extension of Plaintiffs' reply deadline, to August 12, 2025.

 By order dated June 2, 2025, the Court set a consolidated briefing schedule, including that Defendants' brief is due Wednesday, July 23, 2025, and that Plaintiffs may submit a reply to Defendants' brief by Wednesday, August 6, 2024.  *See* Order, ECF 192, Case No. 19-cv-11633-GBD-OTW; ECF 384, Case No. 19-cv-07993-GBD-OTW.  Good cause exists for Defendants' extension because undersigned counsel has been out of the office for health reasons and requires additional time to confer with necessary parties and finalize Defendants' brief.  Plaintiffs' counsel advises that they consent to Defendants' request, as long as Defendants also sought an extension of Plaintiffs' reply deadline to August 12, 2025.  This is Defendants' first request for an extension of these deadlines.

 For these reasons, Defendants respectfully request that the Court extend the remaining deadlines for the parties' consolidated papers to be due on the following schedule:

- Defendants' brief is due Friday, July 25, 2025;
- Plaintiffs may submit a reply by Wednesday, August 12, 2025.

 Respectfully submitted,

 */s/Olivia Hussey Scott*
 Olivia Hussey Scott

- 2 -

        Senior Counsel
        Civil Division, Federal Programs Branch
        U.S. Department of Justice

CC: All Counsel of record via ECF.

Application **GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang    7/22/2025
U.S.M.J.