UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>KEN CUCCINELLI, in his official capacity as Acting Direct of United States Citizenship and Immigration Services, *et al.,* | Case No. 1:19-cv-07993-GBD |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 1.4, I, Edward T. Waters, respectfully move this Court for leave to withdraw as counsel for *Amici Curiae* Deans, Chairs, and Scholars; the American Public Health Association; and the American Academy of Nursing (collectively "*Amici*"), and in support thereof state:

1. That counsel entered an appearance in the above-captioned matter on behalf of the *Amici Curiae* on September 10, 2019.

2. That counsel filed a brief on behalf of said *Amici* on September 10, 2019.

3. That the case is now closed, and *Amici Curiae* have no post-closing interest in the matters currently before the Court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests leave of the Court to withdraw as counsel for *Amici Curiae* Deans, Chairs, and Scholars; the American Public Health Association; and the American Academy of Nursing (collectively "*Amici*"), in the above-captioned case.

DATED: July 28, 2025

Respectfully submitted,

/s/ Edward T. Waters
_____

Edward T. Waters (DC Bar No. 422461)*
FELDESMAN LLP
1129 20th Street NW, 4th Floor
Washington, DC 20036
Telephone: (202) 466-8960
Facsimile: (202) 293-8103
ewaters@feldesman.com

Attorney for *Amici Curiae*
* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that, on this 28th day of July, 2025, I caused the foregoing Motion for Leave to Withdraw as Counsel to be served on all counsel of record using this Court's CM/ECF system.

/s/ Edward T. Waters
_____

Edward T. Waters (DC Bar No. 422461)*
FELDESMAN LLP
1129 20th Street NW, 4th Floor
Washington, DC 20036
Telephone: (202) 466-8960
Facsimile: (202) 293-8103
ewaters@feldesman.com

Attorney for *Amici Curiae*
* Admitted *Pro Hac Vice*