UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.,*<br><br>  Plaintiffs,<br><br>  v.<br><br>KEN CUCCINELLI, in his official capacity as Acting Direct of United States Citizenship and Immigration Services, *et al.,* | Case No. 1:19-cv-07993-GBD |

**PROPOSED ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel filed by Phillip A. Escoriaza, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED.

It is further ORDERED that Phillip A. Escoriaza is hereby withdrawn as counsel for *Amici Curiae* Deans, Chairs, and Scholars; the American Public Health Association; and the American Academy of Nursing.

IT IS SO ORDERED.

Dated: _____

                                             _____
                                             Hon. George B. Daniels
                                             United States District Judge