UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MAKE THE ROAD NEW YORK, et al.,

                Plaintiffs,

-against-

TRACY RENAUD, et al.,

                Defendants.

-------------------------------------------------------------x

19-CV-7993 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court has reviewed ECF Nos. 389 and 390. Parties' request for leave to withdraw as counsel is **GRANTED**.

    The Clerk of Court is respectfully directed to close ECF Nos. 389 and 390.

    **SO ORDERED.**

Dated: New York, New York
       July 29, 2025

                                            *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                            United States Magistrate Judge