

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

| | |
|---|---|
| Olivia Hussey Scott<br>Senior Counsel | Tel.: (202) 616-8491<br>E-mail: olivia.hussey.scott@usdoj.gov |

March 15, 2026

<u>Filed via the Court's ECF System</u>

Hon. George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York

  Re: Request for Extensions of Time for the Remaining Consolidated Deadlines in *Make the Road New York, et al. v. Marco Rubio, et al.*, No. 19-cv-11633 ("*Make the Road 1*") and *Make the Road New York, et al. v. Joseph Edlow, et al.,* No. 19-cv-7993 ("*Make the Road 2*")

Dear Judge Daniels,

  Pursuant to Local Rule 7.1(e), Defendants respectfully request extensions of time for the filing of any objections to the Report & Recommendations issued by Magistrate Judge Wang in the above referenced cases. Specifically, the parties' objections are currently due on Tuesday, March 17, 2026, in *Make the Road 1*, and on Thursday, March 19, 2026, in *Make the Road 2*. *See* ECF 199, case no. 19-cv-11633-GBD-OTW; *see also* ECF 394, case no. 19-cv-07993-GBD-OTW. Defendants seek to extend and consolidate the deadlines for objections in these two related cases such that they are due on March 27, 2026.

  Good cause exists for the extension of time requested because undersigned counsel has been out of the office for medical reasons for much of the time since Judge Wang issued the two Report and Recommendations in the above-referenced cases and requires additional time to confer with the necessary parties about any objection(s) and to prepare and finalize any necessary filing(s).

  Good cause also exists to extend the two objection deadlines for these cases to the same date because the parties previously submitted consolidated briefing in these cases ahead of the Magistrate's report regarding whether the Supreme Court's decision in *Lackey v. Stinnie*, 604 U.S. 192 (2025) precludes any award of attorney's fees in these cases. *See, e.g.,* Order for Consolidated Briefing, ECF 192, Case No. 19-cv-11633-GBD-OTW; ECF 384, Case No. 19-cv-07993-GBD-OTW. Defendants seek to align the deadlines for these two cases to allow for the time necessary to coordinate and align the two filings on this common issue.

- 2 -

      Plaintiffs' counsel advises that Plaintiffs consent to the relief requested herein. This is Defendants' first request for an extension of these objection deadlines.

      For these reasons, Defendants respectfully request that the Court extend the deadline for filing any objections to the Magistrate's Report and Recommendations in the two above-captioned cases so that any objections be due on March 27, 2026.

      Respectfully submitted,

      */s/Olivia Hussey Scott*
      Olivia Hussey Scott
      Senior Counsel
      Civil Division, Federal Programs Branch
      U.S. Department of Justice

CC: All Counsel of record via ECF.