UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MAKE THE ROAD NEW YORK, *et al.*,

                    Plaintiffs,

    -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATIONS SERVICES; DIRECTOR OF
UNITED STATES CITIZENSHIP AND
IMMGRATION SERVICES, *et al.*,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 7993 (GBD) (OTW)

MAKE THE ROAD NEW YORK, *et al.*,

                    Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF STATE;
SECRETARY OF STATE, *et al.*,

                    Defendants.

------------------------------------- x

19 Civ. 11633 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

      This Court is in receipt of Defendants' request to extend and consolidate the deadlines for objections to the Magistrate Judge's recommendation to award attorney's fees in these two related dismissed cases. (ECF No. 395; ECF No. 200.) The request is GRANTED. Consolidated objections to Magistrate Judge Wang's Amended Report and Recommendation are due on March 27, 2026.

Dated: March 16, 2026
New York, New York

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge