

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

---

Olivia Hussey Scott
Senior Counsel

Tel.:     (202) 616-8491
E-mail:  olivia.hussey.scott@usdoj.gov

March 25, 2026

<u>Filed via the Court's ECF System</u>

Hon. George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York


     Re:     Second Request for Extensions of Time for the Remaining Consolidated
            Deadlines in *Make the Road New York, et al. v. Marco Rubio, et al.*, No. 19-cv-
            11633 ("*Make the Road 1*") and *Make the Road New York, et al. v. Joseph Edlow,
            et al.,* No. 19-cv-7993 ("*Make the Road 2*")

Dear Judge Daniels,

     Pursuant to Local Rule 7.1(e), Defendants respectfully request a second extension of time for the filing of any objections to the Report & Recommendations issued by Magistrate Judge Wang in the above referenced cases.  Specifically, the parties' objections are currently due on Friday, March 27, 2026.  *See* ECF 202, case no. 19-cv-11633-GBD-OTW; *see also* ECF 397, case no. 19-cv-07993-GBD-OTW.  Defendants seek to extend these deadlines in both cases to April 10, 2026.

     Good cause exists for the extension of time requested because undersigned counsel has continued to be out of the office more than anticipated for medical reasons and requires additional time to prepare and finalize Defendants' objections.

     Plaintiffs' counsel advises that Plaintiffs consent to the relief requested herein.  This is Defendants' second request for an extension of these objection deadlines.

     For these reasons, Defendants respectfully request that the Court extend the objection deadlines in the two above-captioned cases so that objections are due on April 10, 2026.

                         Respectfully submitted,

                         */s/Olivia Hussey Scott*
                         Olivia Hussey Scott
                         Senior Counsel
                         Civil Division, Federal Programs Branch

- 2 -

U.S. Department of Justice

CC: All Counsel of record via ECF.