UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAKE THE ROAD NEW YORK, *et al.*,

                 Plaintiffs,

    -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATIONS SERVICES; DIRECTOR OF
UNITED STATES CITIZENSHIP AND
IMMGRATION SERVICES, *et al.*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAKE THE ROAD NEW YORK, *et al.*,

                 Plaintiffs,

    -against-

UNITED STATES DEPARTMENT OF STATE;
SECRETARY OF STATE, *et al.*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 7993 (GBD) (OTW)

19 Civ. 11633 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

Defendants' request to extend until April 10, 2026, the deadlines for objections to the

Magistrate Judge's recommendation to award attorney's fees is GRANTED.

Dated: March 26, 2026
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge