

**U.S. Department of Justice**
Civil Division, Federal Programs Branch

Olivia Hussey Scott
Senior Counsel

Tel.:   (202) 616-8491
E-mail:  olivia.hussey.scott@usdoj.gov

April 10, 2026

**SO ORDERED:**

*George B. Daniel*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Dated:   **APR 1 0 2026**

Filed via the Court's ECF System
Hon. George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York

Re:   Request for an Extension of the Word Count Limitation for Defendants'
Consolidated Objection to the Magistrate's Report and Recommendations and for
Plaintiffs' Anticipated Consolidated Response in *Make the Road New York, et al.
v. Marco Rubio, et al.*, No. 19-cv-11633 and *Make the Road New York, et al. v.
Joseph Edlow, et al.*, No. 19-cv-7993

Dear Judge Daniels,

Defendants respectfully request an expansion of the word count limitation, from 3,500
words to 7,000 words, for the Defendants' Consolidated Objection to the Magistrate's Report
and Recommendations in the above-referenced cases. Local Civil Rules 72.1(b)(2) and 6.3,
impose the 3,500 word count limitation on objections and responses to Magistrate Reports and
Recommendations. Defendants plan to file one consolidated objection to each of the two Report
and Recommendations issued in the two above-referenced cases. As such, Defendants seek to
expand the space limitations to allow for this consolidated filing.

Undersigned counsel reached out to Plaintiffs' counsel who advised that Plaintiffs
consent to the relief requested herein, with the understanding that Defendants would consent to
the same enlargement to 7,000 words for their consolidated responsive filing.

Good cause exists for the relief requested herein because a consolidated objection will
allow Defendants to more efficiently cover the overlapping issues in these related cases and
Defendants understand that the same is likely to be true for the Plaintiffs' responsive filing.

For these reasons, Defendants respectfully request that the Court expand the word count
limitations to 7,000 words for Defendants' consolidated objection in these cases as well as for
Plaintiffs' anticipated consolidated responsive filing.

Respectfully submitted,

*/s/Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel

- 2 -

Civil Division, Federal Programs Branch
U.S. Department of Justice

CC: All Counsel of record via ECF.