## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>KEN CUCCINELLI, *et al.*,<br><br>    *Defendants*. | No. 19-cv-7993 (GBD) (OTW) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, I, Anne Elise Li, hereby request that my appearance be withdrawn as counsel for Asian Americans Advancing Justice/Asian American Legal Defense and Education Fund/National Women's Law Center as I left the firm of Crowell & Moring, LLP on July 3, 2025. The Asian Americans Advancing Justice/Asian American Legal Defense and Education Fund/National Women's Law Center will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

April 14, 2026

*/s/ Anne Elise Li*
Anne Elise Li
Brownstein Hyatt Farber Schreck. LLP
75 Rockefeller Plaza – Suite 2600B
New York, New York 10019
(212) 567 1211
ali@bhfs.com