**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MAKE THE ROAD NEW YORK, *et al.*,

                         *Plaintiffs*,

      v.

KEN CUCCINELLI, *et al.*,

                        *Defendants*.

No. 19-cv-7993 (GBD) (OTW)

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and the Clerk is directed to terminate Anne Elise Li appearance as counsel for Asian Americans Advancing Justice/Asian American Legal Defense and Education Fund/National Women's Law Center.

**SO ORDERED.**

Dated: _____

                                  _____
                                  United States District Judge

Proposed Order to withdraw.docx