**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED.**

MAKE THE ROAD NEW YORK, *et al.*,

                           *Plaintiffs,*

    v.

KEN CUCCINELLI, *et al.*,

                          *Defendants.*

No. 19-cv-7993 (GBD) (OTW)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Anne Elise Li, hereby request that my appearance be withdrawn as counsel for Asian Americans Advancing Justice/Asian American Legal Defense and Education Fund/National Women's Law Center as I left the firm of Crowell & Moring, LLP on July 3, 2025. The Asian Americans Advancing Justice/Asian American Legal Defense and Education Fund/National Women's Law Center will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

April 14, 2026

Application **GRANTED.**

**SO ORDERED.**

Ona T. Wang   April 15, 2026
U.S.M.J.

*/s/ Anne Elise Li*
Anne Elise Li
Brownstein Hyatt Farber Schreck. LLP
75 Rockefeller Plaza – Suite 2600B
New York, New York 10019
(212) 567 1211
ali@bhfs.com