

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

April 21, 2026

<u>Filed via SDNY ECF System</u>
Hon. George B. Daniels
United States District Judge
United States Courthouse, Southern District of New York

   Re: Request for Extension of Time and Excess Words for Opposition to Objections
   *Make the Road New York, et al. v. Marco Rubio, et al.*, No. 19-cv-11633 ("*MTR1*");
   *Make the Road New York, et al. v. Joseph Edlow, et al.,* No. 19-cv-7993 ("*MTR2*")

Dear Judge Daniels,

Pursuant to Local Rule 7.1(e), and this Court's Individual Rules and Practices II.A&C, Plaintiffs respectfully request (1) an extension of time to file Plaintiffs' opposition to Defendants' objections to the Reports & Recommendations issued by Magistrate Judge Wang in the above-referenced cases, and (2) allowance of excess words for the briefing commensurate with the allowance granted to Defendants.

Defendants filed a consolidated set of Objections on April 10, 2026 (MTR1, ECF 402; MTR2 ECF 207), following two time extensions, which were on consent by Plaintiffs and granted by the Court (MTR1, ECF 397, 399; MTR2 ECF 202, 204). Plaintiffs' opposition to the consolidated Objections would be due within 14 days on April 24, 2026. Plaintiffs seek to extend that deadline by one week to May 1, 2026. Good cause exists for the extension of time requested due to other scheduling conflicts during this period for the undersigned counsel, which were unavoidable due to changes in the briefing schedule resulting from Defendants' extensions.

Additionally, Defendants sought, with Plaintiffs' consent, an extension of the 3,500 word limit, under Local Civil Rules 72.1(b)(2) and 6.3, to 7,000 words for the consolidated Objections, which was granted by the Court (MTR1, ECF 401; MTR2 ECF 205). In order to fully respond to Defendants' points and authorities, Plaintiffs seek a commensurate extension, in the event Plaintiffs consolidate their opposition, to 7,000 words.

Defendants' counsel advises that Defendants consent to the relief requested herein. This is Plaintiffs' first request for an extension of this deadline, and first request for excess words. Therefore, based on good cause, Plaintiffs respectfully request that the Court (1) extend the deadline for filing any opposition to Defendants' Objections in the two above-captioned cases so that the opposition will be due on May 1, 2026; and (2) allow excess words, in the event Plaintiffs consolidate their opposition, to a total of 7,000 words.

Hon. George B. Daniels
April 21, 2026
Page 2

Respectfully submitted,
/s/
Samuel Miller

cc: Counsel of record via ECF