**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAKE THE ROAD NEW YORK, et al.,

        Plaintiffs,

  - against -

JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, et al.,

        Defendants.

No. 19 Civ. 07993 (GBD) (OTW)

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Andrew J. Ehrlich of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") hereby moves to withdraw as counsel of record for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York) and Catholic Legal Immigration Network, Inc. ("Plaintiffs"), and to be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter, on the grounds that he is leaving his employment with Paul, Weiss

Paul, Weiss has and will continue to represent Plaintiffs in this proceeding, and no party will be prejudiced if this Motion is granted.

WHEREFORE, the undersigned counsel respectfully requests that this Court permit Andrew J. Ehrlich to withdraw as counsel for Plaintiffs in this matter.

Date: New York, New York
     May 29, 2026

                                               **PAUL, WEISS, RIFKIND,**
                                                    **WHARTON & GARRISON LLP**

                                        By: */s/ Andrew J. Ehrlich*
                                           Andrew J. Ehrlich
                                           1285 Avenue of the Americas
                                           New York, New York 10019
                                           (212) 373-3000
                                           aehrlich@paulweiss.com

          SO ORDERED:                             *Attorney for Plaintiffs*

     _____

## CERTIFICATE OF SERVICE

I, Andrew J. Ehrlich, hereby certify that on May 29, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my clients via email.

May 29, 2026                                         Andrew J. Ehrlich

New York, New York                          */s/ Andrew J. Ehrlich*