**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAKE THE ROAD NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services, *et al.*,<br>Defendants. | Case No. 1:19-CV-7993-GBD-OTW<br><br>Hon. George B. Daniels |

**NOTICE OF APPEAL**

Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc., appeal to the United States Court of Appeals for the Second Circuit from the Order entered on June 16, 2026 (Dkt. 410).

**CENTER FOR CONSTITUTIONAL RIGHTS**

By: */s/ Samuel Miller*
Samuel Miller
Baher Azmy
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
samrmiller@yahoo.com
bazmy@ccrjustice.org

**THE LEGAL AID SOCIETY**

Judith Goldiner
Hasan Shafiqullah
49 Thomas Street, 5th Floor
New York, New York 10013
(212) 577-3300
jgoldiner@legal-aid.org
hhshafiqullah@legal-aid.org

Susan E. Welber
Bronx Neighborhood Office
260 East 161st Street, 8th Floor
Bronx, New York 10451
(646) 234-4326
sewelber@legal-aid.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Daniel S. Sinnreich*
Daniel S. Sinnreich
Leah J. Park
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
dsinnreich@paulweiss.com
lpark@paulweiss.com

*Counsel for Plaintiffs Make the Road New York, African Services Committee, Asian American Federation, Catholic Charities Community Services (Archdiocese of New York), and Catholic Legal Immigration Network, Inc.*